■ FIBER OPTEK INTERCONNECT CORP., Appellant, v ABH CONTRACTORS, INC., et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Dutchess County, dated May 3, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Beisner in his memorandum decision dated March 30, 1988. Mollen, P. J., Thompson, Rubin and Spatt, JJ., concur.